1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAIYEZ AHMED,                              No.  2:15-cv-1470 AC P

12                   Plaintiff,

13          v.                                  ORDER

14   BRIAN DUFFY, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request (which must be completed by

20   plaintiff's institution of incarceration) has not been filled out.  Also, plaintiff has not filed a

21   certified copy of his prison trust account statement for the six-month period immediately

22   preceding the filing of his complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23   opportunity to submit a completed in forma pauperis application and a certified copy of his prison

24   trust account statement.

25          In accordance with the above, IT IS HEREBY ORDERED that:

26          1.  Plaintiff shall, within thirty days from the filing date of this order, submit a completed

27   affidavit in support of his request to proceed in forma pauperis on the form provided herewith by

28   the Clerk of Court;

                                                   1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall, within thirty days from the filing date of this order, submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of plaintiff's complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 20, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE