

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIYEZ AHMED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHNSON,<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01470-JAM-AC (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE SAIYEZ AHMED, CDCR # P-27595 |

Plaintiff Saiyez Ahmed is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on June 9, 2017. Inmate Saiyez Ahmed, CDCR Inmate # P-27595, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __June 9, 2017__

UNITED STATES MAGISTRATE JUDGE