UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIYEZ AHMED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN DUFFY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1470 JAM AC P<br><br><br>ORDER |

Plaintiff has filed a "report of retaliation" that recounts the adverse impacts of participating in an unsuccessful settlement conference before this court on June 9, 2017, which required, inter alia, transportation and temporary placement at other institutions. The alleged adverse impacts include plaintiff's prolonged and continuing placement in administrative segregation, loss of a prison job and compensation, and postponement of medical treatment. See ECF No. 32.

The Deputy Attorney General representing sole defendant Johnson is directed to contact the litigation coordinator at California State Prison, Los Angeles County (CSP-LAC) and, within ten days after the filing date of this order, to file and serve a statement that responds to plaintiff's allegations, identifies any adverse impacts to plaintiff resulting from his participation in the

////

////

settlement conference in this case, and specifies how and when CSP-LAC officials intend to resolve any continuing adverse impacts.

IT IS SO ORDERED.

DATED: July 10, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE