UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIYEZ AHMED, | No. 2:15-cv-1470 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

By order filed July 10, 2017, the undersigned directed the Deputy Attorney General (DAG) representing sole defendant Johnson to contact the litigation coordinator at California State Prison-Los Angeles County (CSP-LAC),[1] and file and serve a statement responsive to plaintiff's allegations that, as a result of his participation in the June 9, 2017 settlement conference in this case, he suffered retaliation in the form of placement in administrative segregation (Ad Seg), postponement of medical treatment, and loss of a prison job. See ECF No. 32.

On July 20, 2017, the DAG filed and served a reply, which includes the declaration of CSP-LAC Litigation Coordinator D. Sanchez and copies of plaintiff's pertinent External Movement History and Bed Assignment Logs. See ECF No. 34. Mr. Sanchez and the DAG

---

[1] The court previously misdesignated this prison "California State Prison-Lancaster (CSP-LAN)."

1

1  inform the court that plaintiff was at no relevant time placed in Ad Seg, and that he did not miss
2  any scheduled medical appointments. Id.  The undersigned is persuaded by these facts that
3  plaintiff suffered no significant adversity due to his participation in the court's settlement
4  conference.  To the extent that plaintiff is alleging he suffered other adverse actions, e.g., loss of
5  his prison job, due to the retaliatory action of correctional officials other than defendant Johnson,
6  plaintiff must exhaust his claims through the prison's grievance process before bringing the
7  matters to this court in a new civil action.

8       The undersigned acknowledges the assistance of the DAG and CSP-LAC Litigation
9  Coordinator in addressing these matters.

10      For the foregoing reasons, IT IS HEREBY ORDERED the order to show cause issued
11 July 10, 2017, ECF No. 33, is DISCHARGED.
12 DATED: July 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE