UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIYEZ AHMED,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN DUFFY, et al.,<br><br>        Defendants. | No. 2:15-cv-1470 AC P<br><br><br>ORDER |

On August 6, 2017, plaintiff prepared and submitted the pending motion for sanctions against D. Sanchez, the Litigation Coordinator at California State Prison Corcoran (ECF No. 40). In this motion, plaintiff contends there are factual inaccuracies in Sanchez' original declaration (ECF No. 34-1), which was filed in response to the court's July 10, 2017 order to show cause (ECF No. 33). This contention mirrors plaintiff's previously-filed objections (ECF No. 37) to the court's order discharging the order to show cause (ECF No. 35). Following submission of plaintiff's objections, Sanchez filed a supplemental declaration (ECF No. 38-1) explaining and correcting the inaccuracies in his original declaration. Accordingly, on August 14, 2017, the court overruled plaintiff's objections (ECF No. 37) to the order discharging the order to show cause (ECF No. 39).

////

////

1

Plaintiff's presently pending motion, prepared prior to service of Sanchez' supplemental declaration and the court's subsequent order, provides no new grounds for revisiting this matter. Plaintiff is admonished to refrain from filing further documents in this case until after the district judge's consideration of the undersigned's findings and recommendations concerning administrative exhaustion (ECF No. 31).

Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion for Court's Consideration in Prosecution for Perjury for Declarant D. Sanchez" (ECF No. 40) is DENIED.

DATED: August 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE