| | |
|---|---|
| SAIYEZ AHMED,<br><br>           Plaintiff,<br><br>    v.<br><br>BRIAN DUFFY, et al.,<br><br>           Defendants. | No. 2:15-cv-1470 JAM AC P<br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has requested this court's verification of his in forma pauperis status in this case, which he intends to submit in support of an application for waiver of court reporter/deposition transcript fees pursuant to California's Transcript Reimbursement Fund. See Cal. Bus. & Prof. Code § 8030.1 et seq.; see also ECF No. 48. This court offers no opinion whether its own assessment of indigence for purposes of proceeding in forma pauperis in this case coincides with the Fund's assessment of indigence. See id., § 8030.4(f)(1). Nevertheless, the Clerk of Court will be directed to provide plaintiff with the requested information, to use as he chooses.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to recaption plaintiff's "motion" filed December 26, 2017, ECF No. 48, as a "request for verification of indigent status," which is HEREBY GRANTED.

1

      2. The Clerk of Court is further directed to send plaintiff, together with a copy of this order, one copy each of the following:

      a. Plaintiff's application to proceed in forma pauperis in this action, ECF No. 5;

      b. This court's order approving plaintiff's application to proceed in forma pauperis in this action, ECF No. 6; and

      c. Plaintiff's instant request and the attached application, ECF No. 48.

      SO ORDERED.

DATED: January 3, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE